IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFERSON RINCON ROJAS, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 25-92J |
| ) | Magistrate Judge Maureen P. Kelly |
| v. ) | |
| ) | |
| WARDEN LEONARDO ODDO, ) | |
| ) | |
| Respondent. ) | |

## DEFICIENCY ORDER

Petitioner Jefferson Rincon Rojas, ("Petitioner") is an immigration detainee currently located at Moshannon Valley Processing Center ("MVPC"). Petitioner submitted a Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody (the "Petition"), which was received by this Court on March 21, 2025. ECF No. 1. The Petition was submitted with a motion for leave to proceed *in forma pauperis*. The motion to proceed *in forma pauperis* filed in the above-captioned matter will not be processed any further for failure to comply with the Federal Rules of Civil Procedure, statutory requirements and/or our Local Rules and/or practices. The motion is deficient in the following respects:

  __X__    Failure to submit an authorization form authorizing the withdrawal of funds from an inmate account to satisfy the filing fee payment requirement pursuant to 28 U.S.C. § 1915. A blank copy of this authorization form will be mailed to Petitioner along with this Order.

Either (1) the full $5.00 filing fee, OR (2) a completed authorization form in support of Petitioner's motion to proceed *in forma pauperis*, must be provided to: **Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219**.

As a result of the above-outlined filing deficiencies by Petitioner, **IT IS HEREBY ORDERED** that the Clerk of Court mark this CASE ADMINISTRATIVELY CLOSED.

**IT IS FURTHER ORDERED** that Petitioner may reopen this case by satisfying the filing deficiencies as outlined above. Failure to cure the above-noted deficiencies by **April 28, 2025**, will result in the dismissal of this matter for failure to prosecute.

Date: March 28th, 2025							BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:	JEFFERSON RINCON ROJAS
	A 246 913 663
	MOSHANNON VALLEY PROCESSING CENTER
	555 GEO DRIVE
	PHILIPSBURG, PA 16866